```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :      INDICTMENT

        - v. -                    :      07CRIM1109

JABBAR A. WITHROW,                :
   a/k/a "Lashaun E. Withrow,"
   a/k/a "Shavon Withrow,"        :
   a/k/a "Lashaun Winthrop,"
                                  :
              Defendant.
                                  :
- - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

On or about November 11, 2007, in the Southern District of New York, JABBAR A. WITHROW, a/k/a "Lashaun E. Withrow," a/k/a "Shavon Withrow," a/k/a "Lashaun Winthrop," the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about May 12, 1994, in New York Supreme Court, New York County, for criminal possession of a controlled substance in the first degree, in violation of New York Penal Law 220.21(1), a Class A Felony, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a loaded 9 mm Smith & Wesson semi-automatic handgun, which previously had been shipped and transported in interstate

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 05 2007

commerce.

    (Title 18, United States Code, Section 922(g)(1).)

_____  _____
          FOREPERSON                    MICHAEL J. GARCIA
                                                  United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JABBAR A. WITHROW,
a/k/a "Lashaun E. Withrow,"
a/k/a "Shavon Withrow,"
a/k/a "Lashaun Winthrop,"

Defendant.

## INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Foreperson.*

*[handwritten: 12/5/07 Indictment filed case assigned to Judge Rakoff. F. Maas, USMJ]*