```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :
                                          :
        -v.-                              :
                                          :  07 Cr. 1109 (JSR)
JABBAR WITHROW                            :      ORDER
                                          :
                                          :
              Defendant(s),               :
                                          :
------------------------------------------X
```

JED S. RAKOFF, U.S.D.J.


   The attorney assigned to this case **Steve Statsinger**, is hereby ordered relieved and the representation of the defendant in the above captioned matter is assigned to **Frank Handelman**.


                              SO ORDERED

                              _____
                              JED S. RAKOFF, U.S.D.J.


Dated:    New York, New York
          December 10, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-07
```